# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KAMILES CREWS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-00863-MHH-SGC |
| SGT. GASTON, *et al.*, | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION AND ORDER**

On February 12, 2025, the magistrate judge entered a report in which she construed the defendants' special reports as motions for summary judgment. The magistrate judge recommended that the Court deny the motions. (Doc. 33). The magistrate judge advised the parties of their right to file specific written objections within 14 days. (Doc. 33). To date, the Court has not received objections, and the deadline to object has expired.

After review of the Court's electronic docket including the magistrate judge's report, the Court adopts the report and accepts the recommendation. The Court denies the defendants' motions for summary judgment and refers this matter to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this March 5, 2025.

*/s/ Madeline H. Haikala*
_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE